UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                         Plaintiff,

                                                                       DECISION AND ORDER

                                                                       05-CR-6048L

              v.

ONOVAL PEREZ,

                         Defendant.
_____

    Defendant, Onoval Perez, moves for an adjustment of his sentence based on the harsh consequences to him because he is a deportable alien (Dkt. # 57). The motion is in all respects denied. Defendant's motion for appointment of counsel (Dkt. # 58) is denied as moot.

    IT IS SO ORDERED.

                                              _____
                                                    DAVID G. LARIMER
                                                  United States District Judge

Dated: Rochester, New York
        July 2, 2008