IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

                             Plaintiff,

                                                                      6:05-CR-06048-005

v.

ONOVAL PEREZ

                             Defendant.
_____


SATISFACTION OF MONETARY JUDGMENT

The above-named defendant has paid in full and/or satisfied the monetary imposition (special assessment, fine, and/or restitution), imposed against the defendant on February 29, 2008, and entered on March 7, 2008.

The Clerk of the United States District Court for the Western District of New York is hereby authorized and empowered to satisfy and cancel record of the above-referenced judgment.

DATED: Buffalo, New York, May 30, 2017.

                                              JAMES P. KENNEDY, JR.
                                              Acting United States Attorney


                        BY:    s/KEVIN D. ROBINSON
                                Assistant United States Attorney
                                United States Attorney's Office
                                Western District of New York
                                138 Delaware Avenue
                                Buffalo, New York 14202
                                (716) 843-5804
                                Kevin.D.Robinson@usdoj.gov